

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

|  |  |  |
|---|---|---|
| IN RE: | § | No. 08-21-00106-CR |
|  | § |  |
| THE STATE OF TEXAS, | § | AN ORIGINAL PROCEEDING |
|  | § | IN MANDAMUS |
| RELATOR. | § |  |

## J U D G M E N T

The Court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Pedro Gomez, Jr., Judge of the 112th District Court, Pecos County, Texas, and concludes that Relater's petition for writ of mandamus should be dismissed as moot. We therefore dismiss as moot the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 30TH DAY OF JUNE, 2021.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.